ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 19 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Of Counsel:
SAKAI IWANAGA SUTTON LAW
GROUP, AAL, LLLC

MICHIRO IWANAGA 2022-0
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone No. (808) 792-3888
Fax No. (808) 521-5262
E-mail: miwanaga@silawgroup.com

Attorney for Defendant
NCO FINANCIAL SYSTEMS, INC.

LODGED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES J. HUXEL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | CIVIL NO. CV07-00405 SPK/BMK <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER <br><br> JUDGE: Barry M. Kurren <br> TRIAL DATE: None |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff CHARLES J. HUXEL, JR. and Defendant NCO FINANCIAL SYSTEMS, INC. through their respective counsel, that pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, all of the claims against Defendant NCO FINANCIAL SYSTEMS, INC. be dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

All parties appearing herein have signed this stipulation. There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, _____DEC 1 9 2007_____.

_____
JOHN HARRIS PAER

Attorney for Plaintiff
CHARLES J. HUXEL, JR.

_____
MICHIRO IWANAGA

Attorney for Defendant
NCO FINANCIAL SYSTEMS, INC.

2

APPROVED AND SO ORDERED

_____
JUDGE OF THE ABOVE-ENTITLED COURT




CHARLES J. HUXEL, JR. vs. NCO FINANCIAL SYSTEMS, INC. Civil No. CV07-00405 SPK/BMK, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER